1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHU CHINSAMI,                           No.  2:14-cv-461-EFB P

12                  Plaintiff,

13         v.                                ORDER

14   V. SINGH, et al.,

15                  Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

18   brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302

19   pursuant to 28 U.S.C. § 636(b)(1).

20         Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

21   U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

22   (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in

23   plaintiff's account for the six-month period immediately preceding the filing of the complaint.  28

24   U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

25   preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

26   /////

27   /////

28   /////

                                              1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court the

2  initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time the

3  amount in the account exceeds $10, until the filing fee is paid. *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5  pauperis application upon the Director of the California Department of Corrections and

6  Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8  Dated:  May 20, 2014.

9                          EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28